## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## OCALA DIVISION

**FRANK ACCREDITATO,**

    **Plaintiff,**

**v.**                                          **Case No: 5:23-cv-453-PRL**

**LOWES HOME CENTERS LLC and**
**JANE DOE,**

    **Defendants.**

_____

### ORDER

On August 4, 2023, Plaintiff filed an opposed motion to amend his complaint and remand this action to state court due to incomplete diversity of the parties. (Doc. 8). Upon review, the Court determined that Defendant Lowes Home Centers LLC ("Lowes") had failed to follow this Court's procedures for removing this action, and it directed Defendant Lowes to show cause why this action should not be remanded by August 25, 2023. (Doc. 13). On August 22, 2023, Defendant Lowes filed a stipulation to remand, agreeing to the relief requested by Plaintiff. (Doc. 14). Defendant Lowes does not contest that it improperly removed this action. Accordingly, pursuant to the parties' stipulation (Doc. 14), the Court will remand this case.

The Clerk is directed to **remand** this case to the Fifth Judicial Circuit, in and for Lake County, Florida. The Clerk is also directed to forward a certified copy of this Order to that Court. Finally, the Clerk is directed to **close** this file and terminate any pending motions as moot.

**DONE** and **ORDERED** in Ocala, Florida on August 22, 2023.

PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties